Exhibit "A"



**SASSON**
LAW FIRM

Jamie Sasson, Esq.
(561) 246-5085
jamie@sassonlawfirm.com

Sent via Email & Federal Express

September 8, 2025

Legal Department / Editor-in-Chief
Daily Mail and General Trust
600 5th Ave, 7th Floor,
New York, NY 10020.

**Re: Notice Pursuant to Fla. Stat. § 770.01 – False and Defamatory Statements Concerning Cameron Moore.**

To Whom it may concern:

Please be advised that this law firm represents Cameron Moore. We write pursuant to Florida Statute § 770.01 to provide you with formal notice of false and defamatory statements published by the Daily Mail on September 5, 2025 in an article titled "Sex attack scandal rocks Mar-a-Lago: Super rich Trump schmoozer is accused of appalling assault INSIDE club ... as member shares damning secret tapes", (hereinafter referred to as the "Article").

First, the Article makes several references of alleged sexual abuse and or assault that are, as the Article states, contained in "court papers." However, this is misleading. No such statements of alleged sexual abuse exist in any court filing in reference to my client. None of the public records in relation to my client's lawsuit against Maria Selloni, in which your reporter Shawn Cohen stated the Article was going to be about, contain any statements relating to sexual abuse or assault. If there is any court filing or "paper" in which you relied on while writing the Article, please advise

what document you relied on, what method was used to obtain such document, and what the full name of the individual who disclosed such document is.

Specifically, the Article claims that "according to court papers" a woman is said to have alleged that Cameron Moore "forced himself inside her", "flipped out when she asked him to take her to a local CVS to buy the morning after pill", "the alleged victim jumped out of the car and was picked up by a security guard." Furthermore, the Article again states, "The alleged abuse, detailed in court documents" and "In court papers ... there was a deep concern and fear (for the alleged victim)." However, none of these statements are contained in any public record or court filing.

The Article also advances false and damaging claims without any attempt at verification. These allegations are untrue, yet rather than exercising even minimal diligence, your reporter relied exclusively on the account of Maria Selloni, who is actively engaged in highly contentious litigation with my client. Reliance on the uncorroborated statements of an adverse litigant is inherently unreliable and does not meet the standard of fair or responsible reporting.

Compounding this failure, when your reporter Shawn Cohen contacted my office, he represented that his coverage would concern the pending lawsuit between my client and Ms. Selloni. Instead, the Article shifts focus to statements made by Ms. Selloni regarding an alleged sexual assault involving another individual entirely, an issue that is not the basis of the litigation. By misrepresenting the intended scope of coverage and publishing salacious, irrelevant allegations, your publication produced what can only be described as a hit piece designed to harm my client's reputation rather than a fair report of the actual proceedings.

Moreover, the Article claims that my client "persuaded" Kash Patel to pose with him. This too is false; at no time did my client pressure, induce, or "persuade" Kash Patel to appear in a photo with him. Of importance, these statements are not only misleading, but also directly harmful to my client's livelihood. The Article portrays my client as a grifter by falsely suggesting that he engages in deceptive practices on social media and manipulates others into associating with him.

The Article further states that my client has posted "deceptive" pictures and/or videos to his social media account in reference to a picture with Roger Stone. This characterization is false and defamatory. Posting older images on social media is a common practice which is not inherently deceptive, nor did my client represent the images as current. Nonetheless, my client recently posted a photo of himself along with Roger Stone on his Instagram story, which was taken on August 9, 2025. This further underscores the falsity of the insinuation that my client sought to deceive the public by sharing an older photograph with Mr. Stone. Posting a photo from two years ago is not inherently deceptive, particularly where my client has also shared more recent photographs with

the same individual, confirming the ongoing nature of their relationship. See referenced photograph attached hereto.

My client is in the business of fundraising, and his professional success depends on his trust, credibility, and the genuine relationships he has developed with community leaders and public officials. In fact, my client raised substantial monies for Mr. Patel's "Fight for Kash" foundation during one of my client's fundraising ventures, was a video producer/ editor for Mr. Patel, and spoke with Mr. Patel regarding fundraising efforts immediately prior to the referenced picture in your article. Arbitrarily suggesting that my client deceives the public and must persuade people to be seen with him is not only false, but also unfairly damages those relationships and undermines the very core of his business.

Lastly, the Article mentions my client's company "MAXCases" which works closely with schools and children across the country to provide protective solutions for electronics. Any mention of my client's company is irrelevant and a further attempt to damage his livelihood by tying it to an article full of falsities and uncorroborated allegations related to sexual abuse.

Under Florida law, statements which constitute implied defamation that falsely impute dishonesty or unethical conduct in one's trade or profession constitute defamation per se, as they are inherently injuring to one's reputation and business relationships without the need to prove special damages.

When contacted by your reporter Shawn Cohen, my office was told that the Article would fairly and accurately report on the ongoing litigation between my client and Maria Selloni. Instead, Mr. Cohen disregarded those assurances and published material mischaracterizing court filings and fabricating allegations. This conduct constitutes negligence at a minimum and a potential reckless disregard for the truth.

My client is deeply concerned about the impact of the false and misleading statements in the Article, particularly those suggesting that his social media posts are "deceptive" and that he must "persuade" others, such as Kash Patel, to be photographed with him. These insinuations create the false impression that he is dishonest in his dealings, which directly harms his reputation and his profession in the fundraising field. Unless these statements, along with any reference to my client's company "MAXCases", which works closely with school children, are corrected promptly, my client feels he will be left with no choice but to pursue all available legal remedies to protect his name and livelihood.

Pursuant to Florida Statute § 770.01, this letter constitutes a formal notice of false and defamatory statements contained in the Article as identified above. Unless the Daily Mail publishes a full and fair correction, apology, or retraction within five (5) days of receipt of this notice, my client will pursue all available civil legal remedies.

The retraction must be published with the same prominence and in the same medium as the Article. It must correct each false statement specifically identified herein, and state clearly that no court filings contain the allegations falsely attributed to them.

Nothing in this letter shall be construed as a waiver of any of my client's rights, claims, or remedies, all of which are expressly reserved.

We expect your prompt written confirmation that a correction and retraction will be issued.

**PLEASE GOVERN YOURSELF ACCORDINGLY**

Sincerely,

/s/ *Jamie Alan Sasson*

Jamie Alan Sasson, Esquire