UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:25-cv-81146-EA

CAMERON MOORE,

        Plaintiff,

v.

MAIL MEDIA INC.,

        Defendant.

_____/

### DEFENDANT'S *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

In accordance with Federal Rule of Civil Procedure 6(b) and Local Rule 7.1(a), Defendant Associated Newspapers Ltd. (incorrectly named as "Mail Media, Inc.") requests an order granting it an extension of time through November 17, 2025, to serve a response to Plaintiff Cameron Moore's complaint.[1] In support of this request, Defendant states as follows:

1. On September 17, 2025, Plaintiff commenced this action by filing a complaint against Defendant.

2. On October 6, 2025, Plaintiff purported to serve process on Defendant.

3. Defendant's response to the complaint is currently due on October 27, 2025.

4. Defendant requests a brief extension of time to prepare a response to the complaint. Defendant's counsel was only recently retained, and has not yet had an adequate opportunity to review the complaint or to investigate the allegations. Doing so, and preparing an adequate response to the complaint, will require additional time.

---

[1] At the earliest appropriate time, Associated Newspapers Ltd. expects to be substituted as the proper defendant in this action.

5. Plaintiff's counsel does not oppose the relief requested herein.

6. As required by Local Rule 7.1(a)(2), this motion is accompanied by a proposed order.

WHEREFORE, Defendant respectfully requests that the Court enter an order granting it through November 17, 2025, to serve a response to the complaint.

Dated: October 21, 2025

TOTH FUNES PA

s/Brian W. Toth
Brian W. Toth
Florida Bar No. 57708
btoth@tothfunes.com
Freddy Funes
Florida Bar No. 87932
ffunes@tothfunes.com
Ingraham Building
25 Southeast Second Avenue, Suite 805
Miami, Florida 33131
(305) 717-7850
e-filings@tothfunes.com

DAVIS WRIGHT TREMAINE LLP
Kelli L. Sager (*pro hac vice* forthcoming)
865 S Figueroa St Suite 2400
Los Angeles, CA 90017
(213) 633-6800
kellisager@dwt.com
John M. Browning (*pro hac vice* forthcoming)
1251 Avenue of the Americas, 21st Floor, New York, NY 10020
 (212) 489-8230
jackbrowning@dwt.com
Marietta Catsambas (*pro hac vice* forthcoming)
1301 K St. NW, Suite 500E
Washington, DC 20005
(202) 973-4200
mariettacatsambas@dwt.com

*Counsel for Defendant Associated Newspapers Ltd. (incorrectly named as "Mail Media Inc.")*