# EXHIBIT A



ADVERTISEMENT



ADVERTISEMENT

       

**m+ EXCLUSIVE** **'Sex attack' scandal rocks Mar-a-Lago… as member shares damning secret tape**

By SHAWN COHEN
PUBLISHED: 18:06 EDT, 5 September 2025 | UPDATED: 16:53 EDT, 11 September 2025



**50** shares   💬**529** View comments

**Donald Trump**'s Mar-a-Lago has been rocked by scandal after a woman allegedly claimed her powerful boyfriend sexually attacked her inside the exclusive club.

The woman is said to have alleged wealthy Republican fundraiser Cameron Moore 'forced himself inside her' in a bedroom when they were dating, according to court papers.

The 39-year-old single mother from **Utah** is claimed to have said she had to take the morning after pill the next day in case the 48-year-old had got her pregnant, the documents say.

The scandal came to light after Moore filed a bombshell defamation case, obtained by the Daily Mail, against another Mar-a-Lago member, Maria Selloni, 49.

He claims his alleged victim passed Selloni a recording of them fighting after the supposed attack, which she then spread around the community.

She is believed to have shared the recording with powerful members of the Trump world, including the president's son Eric and high-ranking Secret Service officials.

The alleged abuse, detailed in the court documents, is understood to have happened in the early hours after a ritzy dinner on November 2, 2023. Donald Trump was not at the event because he was campaigning for his second presidential bid in Texas.

Selloni, 49, a member of a pro-Trump group called the Trumpettes, admitted in the papers there were concerns about the alleged attack damaging his election chances.



**TOP STORIES**

▸ The alarming reality EXPOSED by the global internet meltdown — and why Amazon's crash is only the beginning

▸ EXCLUSIVE Swifties abuzz over claims she and Travis have made outrageous offer to steal their dream wedding site from another happy couple

▸ Donald Trump savages Aussie reporter Latika Bourke after blunt question triggers tense exchange: 'If you know

Document title: &#39;Sex attack&#39; scandal rocks Mar-a-Lago... as member shares damning secret tape | Daily Mail Online
Capture URL: https://www.dailymail.co.uk/news/article-15069707/mar-lago-sexual-assault-cameron-moore-trump-schmoozer.html?login&amp;signinStatus=authenticate...
Capture timestamp (UTC): Mon, 20 Oct 2025 23:15:49 GMT



© cameronrmoore1 via Instagram

Mar-a-Lago is feeling the heat as an allegation that a serious sexual assault scandal involving club member Cameron Moore against his former girlfriend was kept quiet

© Getty Images

The victim allegedly claimed that Moore 'forced himself inside of her' and gave her trouble when she asked to get a morning-after pill the next day, leading to an argument she allegedly recorded and sent to a club member

TRENDING

The alarming reality exposed by the global internet meltdown
10.3k viewing now

Behavior that led to girl's horror plunge from Disney cruise revealed
49.6k viewing now

Tense moment Donald Trump savages Australian reporter
4.5k viewing now

The incident came as Moore was joined by the woman, Selloni and her husband for the winter reopening at Mar-a-Lago, according to the court papers.

outrageous offer to steal their dream... another happy couple

Donald Trump savages Aussie reporter Latika Bourke after blunt question triggers tense exchange: 'If you knew anything'

Shocking behavior that led to little girl's horror plunge from Disney cruise ship is revealed for first time

Mail Polls

Who is your 2025 MVP?

Donald Trump
Sydney Sweeney
Taylor Swift
Jeff Bezos
Pope Leo XIV
Bad Bunny

*Answering these questions help us make advertising more relevant. To find out more please visit our Privacy Policy

Donald Trump DEMOLISHES part of the White House to make way for his new golden ballroom

From pumpkin patches to graveyard raves, this Halloween tights cling like a second skin - no spells required
AD FEATURE

Obama ridiculed over latest comments about his 'eyesore' presidential library as first pics show inside hulking monolith

Jessica Alba, 44, posts cheeky thirst-trap bikini photos as she continues to date a much younger man

Doctors expose the truth about melatonin... as terrifying side-effects soar

Document title: &#39;Sex attack&#39; scandal rocks Mar-a-Lago... as member shares damning secret tape | Daily Mail Online
Capture URL: https://www.dailymail.co.uk/news/article-15069707/mar-lago-sexual-assault-cameron-moore-trump-schmoozer.html?login&amp;signinStatus=authenticate...
Capture timestamp (UTC): Mon, 20 Oct 2025 23:15:49 GMT
Page 2 of 1084


BLUE STRIPES

ADVERTISEMENT

10.3k viewing now    49.6k viewing now    4.5k viewing now

The incident came as Moore was joined by the woman, Selloni and her husband for the winter reopening at Mar-a-Lago, according to the court papers.

Moore claimed Selloni confronted his girlfriend in the bathroom and told her she was 'in grave danger' and 'to get as far away from Moore as possible.'

He further claimed she told the girlfriend – who the Daily Mail is not identifying as she is an alleged victim of sexual abuse – that he 'physically abuses women' and she had seen 'multiple women leaving the venue in tears' because of him, his lawsuit says.

Moore, a wealthy Republican fundraiser seen schmoozing with Trump and several of his top aides on his social media, said all of this was false but it spooked his girlfriend.

She then allegedly recorded him having a 'humiliating' argument with her – and shared it before she left town, the court papers suggest.

But Selloni dropped her own bombshell account of the events, which were covered in the documents.


Maria Selloni, 49, was the club member who shared the recording. In her written answers to questions from Moore's lawyer, she claimed she approached the victim in the bathroom because she was crying and asking for help

She confirmed in the papers that she had approached the girlfriend in the bathroom, but said it was only because the woman was crying and asking for help.

Selloni recalled under questioning earlier this year: '[The victim] indicated that Moore was pinching her leg under the table to shut her up when she was speaking with me.'

The lawsuit claims that the next morning they had all planned to meet for breakfast, but Moore and his girlfriend did not show.

Later that morning, the girlfriend called Selloni and shared her horror story – claiming Moore had 'forced himself inside of her', according to the documents.

He then allegedly 'flipped out' when she asked him to take her to a local CVS to buy a morning-after pill, but eventually agreed to, the papers say.

Selloni stated in written answers to questions posed by Moore's lawyer: 'As they were going to the pharmacy, she told him that she would record him because she wanted to be a good listener.

'This is something Cameron has been telling her that she's not a good listener and that she needs to get better.'

Selloni said in the documents that the victim told her: 'Cameron agreed to the recording.'


Lynne Patton, a Trump aide who later became the White House Director of Minority Outreach, reportedly shared the audio with Eric Trump after Selloni sent her the recording
View gallery +16

**Lynne Patton, a Trump aide who later became the White House Director of Minority Outreach, reportedly shared the audio with Eric Trump after Selloni sent her the recording**

In Moore's suit, it doesn't explicitly state that the incident took place at Mar-a-Lago, but multiple people involved said it was in a bedroom at the president's club
View gallery +16

**In Moore's suit, it doesn't explicitly state that the incident took place at Mar-a-Lago, but multiple people involved said it was in a bedroom at the president's club**

As the couple was driving back to the club, Selloni recalled in the documents, the alleged victim jumped out of the car and was picked up by a security guard who


posts cheeky thirst-trap bikini photos as much younger man


Doctors expose the truth about melatonin... as terrifying side-effects soar

ADVERTISEMENT

THE ASSASSINATION OF CHARLIE KIRK
Behind the assassination that has shaken America
A new Daily Mail podcast series
OUT NOW - wherever you get your podcasts or on YouTube

Daily Mail


Lori Loughlin's co-star launches blistering attack on her ex Mossimo Giannulli and blames HIM for Varsity Blues scandal


Massive flight delays hit major US airports amid crowds and equipment issues


Kristen Bell torched over disturbing new detail in Dax Shepard anniversary post referencing men who kill their wives


'Carson's a dead man': The schizophrenic mobster who ordered a hit on 'scumbag' Johnny... until a megastar stepped in to save his life


Meghan's hit a trashy new low. But Prince William just dropped the biggest clue yet of the ultimate humiliation still to come: MAUREEN CALLAHAN



Doctors sound alarm as 281million



**In Moore's suit, it doesn't explicitly state that the incident took place at Mar-a-Lago, but multiple people involved said it was in a bedroom at the president's club**

As the couple was driving back to the club, Selloni recalled in the documents, the alleged victim jumped out of the car and was picked up by a security guard who spent two hours with her before escorting her to pack up her belongings, she stated in the court papers.

Selloni said in the documents that the recording was air-dropped to Sean Curran, a member of Trump's Secret Service detail who is now the agency's director.

It was also passed to Lynne Patton, a Trump aide who became White House Director of Minority Outreach, she claimed in the case.

And she alleged in the documents it was also played for Heather Rinkus, Mar-a-Lago's executive assistant/guest services director.

Sources tell the Daily Mail that Patton played it for multiple people including the president's son Eric.



**+16**
**View gallery**

**Moore's suit paints a picture that Selloni had a vendetta against him, accusing her of fabricating stories about him abusing other women he'd bring as guests to the club**

Moore met Selloni shortly after he joined the club in 2022, and the two occasionally ran into each other.

A resident of Naples, Florida, she often spent weekends at Mar-a-Lago with her husband.

According to Moore's lawsuit, in his first season at Mar-a-Lago, Selloni contacted three of his girlfriends, friending them on social media.

The alleged sexual assault victim, a single mother and a MAGA stalwart, features a pro-Trump video on her website, and shared her gratitude to Moore for his pro-bono help creating it.

Moore, founder of the American Heroes Association that promotes veterans' rights and the 'America First' agenda, and the woman had been dating for three months, long distance, he states in court papers.

He claims she had even declared her love for him before she finally went to visit him in Palm Beach in the fall of 2023.

ADVERTISEMENT



▶ Meghan's hit a trashy new low. But dropped the biggest clue yet of the ultimate humiliation still to come: MAUREEN CALLAHAN



▶ Doctors sound alarm as 28million Americans are living with deadly health condition and don't know it



▶ Hugh Jackman seen with Sutton Foster for the FIRST TIME after his shock reconciliation with ex Deborra-Lee Furness



▶ She's the dancer caught 'going at it' in bed with Britney Spears. 20 years later, we've found her... and uncovered her staggering new life



▶ Billionaire skyscraper where JLo and A-Rod lived is covered in CRACKS and could be abandoned after developers insisted on white concrete facade



▶ Singer is unrecognizable with short curly blonde hair as she reveals gift Beyonce gave her that she's 'never taken off'

ADVERTISEMENT

Supporting Your Career
National University

›

*Daily Mail*



▶ People who defy ageing and have 'young' minds in their 80s share a remarkable trait, experts discover... could YOU be one of them?

▶ Scandalous



Moore, founder of the American Heroes Association that promotes veterans' rights and the 'America First' agenda, and the woman had been dating for three months, long distance, he states in court papers.

He claims she had even declared her love for him before she finally went to visit him in Palm Beach in the fall of 2023.

In one of his filings, Moore shared a text message exchange he had with Selloni after realizing his girlfriend had sent her the recording.

'If she sends you anything, kindly don't share,' he wrote to her hours after his girlfriend is said to have fled town.

'She is breaking the law. I just want peace. She was screaming at me in my room, then it escalated from there.'


President Trump posing with Heather Rinkus, Mar-a-Lago executive assistant and guest services director


Sean Curran, a member of Trump¿s Secret Service detail who now serves as the director


Lynne Patton, a Trump aide who later joined the White House of Minority Outreach

Selloni did acknowledge in court filings that she shared the audio file with Mar-a-Lago executive assistant and guest services director Heather Rinkus (left), Trump's Secret Service Director Sean Curran and White House Director of Minority Outreach Lynne Patton

In that exchange, he also sends Selloni messages he claimed his girlfriend sent him just a week earlier in which she apologizes for losing her temper at him and begs him for forgiveness.

It allegedly said: 'I hate that I'm so damn afraid of losing u I automatically sabotage it all.'

According to his suit, Selloni replied: 'Don't worry about anything. All I did was help her pack her stuff and get on a flight.'

In the court papers, Selloni contends there was nothing illegal about sharing the tape and that Moore can be heard on the audio giving permission for her to record.

Selloni stated in the documents that she was aware of the possible political implications of sharing the recording.

She told Moore's lawyer: 'The club is obviously owned by a very prominent public figure who was running for the Presidency of the United States.

'This individual was subject to much scrutiny, press, articles and other issues put before the public eye.

'There was a deep concern and fear for (the alleged victim),' she continued, and 'There was concern for the club.'

She stated that she shared the recording 'for the protection of [the victim], the owner of the club, the club itself as well as others.'


Moore who immersed himself into MAGA world and is a staunch Trump supporter, has posted many pictures online showing his loyalty to the movement

Moore who immersed himself into MAGA world and is a staunch Trump supporter, has posted many pictures online showing his loyalty to the MAGA movement

Even behind the scenes of the legal battle, Moore has maintained an image of being involved in the MAGA world, such as when he wished Barron Trump a happy birthday with a personal message on social media

Even behind the scenes of the legal battle, Moore has maintained an image of being involved in the MAGA world, such as when he wished Barron Trump a happy birthday with a personal message on social media

Last week, Moore posted what appears to be a new video of himself st...

**People who defy ageing and have 'young' minds in their 80s share a remarkable trait, experts discover... could YOU be one of them?**

**Scandalous divorce secrets and eerie arrests of $305million CEO killed at dream farm in ATV crash witnessed by much younger second wife**

**We live in a sailboat and travel the world full-time... but our lifestyle isn't as glamorous as you'd think**


**At least 10 people rushed to hospital after being hit by box truck on busy Manhattan sidewalk**


**JILLIAN MICHAELS: The trans trend is reversing. Now it's time to admit what's really been driving this extremist fad all along**

**Little-known town dubbed 'America's Amalfi Coast' stunned by wave of listings: 'This does not happen'**


EXCLUSIVE **Reality star, 64, who worked with Nicole Scherzinger shows off plump pout on rare outing... who is she?**


**Eric Schmidt's ex-mistress accuses former Google CEO of stalking, abuse and putting her under 'absolute digital surveillance'**


**Wall Street financier's estranged wife makes shocking show of loyalty at his court appearance on vile sex charges**


**Steve Bannon calls for sacking of Trump's CIA director for 'bald-faced lies'**

ADVERTISEMENT


BLUE STRIPES

BLUE STRIPES
CACAO WATER

BLUE STRIPES
CACAO WATER



birthday with a personal message on social media

**Even behind the scenes of the legal battle, Moore has maintained an image of being involved in the MAGA world, such as when he wished Barron Trump a happy birthday with a personal message on social media**

Last week, Moore posted what appears to be a new video of himself standing with Trump confidante Roger Stone ¿ but Stone said it was taken two years ago

**Last week, Moore posted what appears to be a new video of himself standing with Trump confidante Roger Stone – but Stone said it was taken two years ago**

As the tape circulated, Moore found himself a pariah at Mar-a-Lago. But sources told Daily Mail it was not until a year later that the club revoked his membership.

The club cited his conflict with Selloni, as well as two other episodes where he'd abused his privileges.

He was cited for approaching the president's table at dinner without permission and allowing one of his guests, Melissa Rein Lively, access to take photos in an area where photography is forbidden without permission.

The latter incident, in November 2024, proved the last straw.

Lively, a communications professional from Arizona who was lobbying to become Trump's press secretary, flooded her Instagram with photos posing with RFK Jr., Roger Stone and others at the club.

'I escorted a lot of people to Mar-a-Lago to meet Trump and Cameron was really instrumental in making a lot of that happen,' Lively, 39, told Daily Mail.

She praised him as a 'real nice guy' and even wrote Mar-a-Lago a letter supporting his reinstatement.



© cameronrmoore1 via Instagram

**Moore moved to Palm Beach from California in 2022 to expand his network in the center of the Trump universe, even buying a condo overlooking Mar-a-Lago**



*Daily* **Mail**


**This is exactly how I look this good at 68 – and you can too: World-famous make-up guru BOBBI BROWN reveals her 10 beauty tricks**


**California Mayor Christina Fugazi rocked as her home home is hit by gunfire**

EXCLUSIVE **Rachael Ray reveals health woe as she hosts burger event with 'uncomfortable' Brooklyn Beckham amid concerns for her wellbeing**



**Married Congressman had alleged affair with aide... before she set herself on fire: Bombshell revelation as police block release of 911 call and other evidence**


**Greedy waitress chases down customer and calls cops because he didn't tip her: 'Who said he's obligated to tip?'**


**I'm a top pharmacist and this is the cream I recommend to every woman over 50... it could save your marriage**

**Food Network axes beloved show after 11 YEARS... with final episode just weeks away**


EXCLUSIVE **Sharon Stone played her mother who tied her to a bed to go party... now**



BLUE STRIPES



© cameronrmoore1 via Instagram

**Trump personally thanked Moore for designing a special set of playing cards**

While he's seeking an undisclosed financial payout in the lawsuit, Moore said his real goal is to save his reputation.

'I'm experiencing a lot of pain and hurt,' he said. 'My vision and goal in going there was to help serve the country.

'I've done a lot of good work, and I got blindsided. I have zero clue why she would have any animosity toward me at all.'

He continued: 'My main reason for this lawsuit is that I really didn't have a choice.

'I felt under attack. I can't look at my parents, nephews, all of the people who are proud of me, and just roll over. This is about me clearing my name.'

In his suit, Moore seeks to have the recordings destroyed, arguing that they were created and then obtained illegally in a state that requires two-party consent.

Moore also made a broader argument that, along with the defamatory statements about his treatment of his girlfriend and other women, this was all part of Selloni's 'calculated path to destroy Moore's reputation and cause him embarrassment and emotional distress'.

There is no arrest or even record of a police report being filed. But a lawyer for Moore said he believed he was under investigation when he filed the suit.

He said he had heard Selloni had made a 'false report' to the cops, but he removed that detail from an amended complaint after determining no call had been made.

Moore first filed the case in court in Palm Beach in January 2024. It is due to go to trial in January next year.

The filings do not mention Mar-a-Lago or Trump by name. But several people involved have confirmed the alleged attack was in a bedroom at the president's club.

Despite the scandal, he's continued to try to preserve his image as a Trump insider.

'I can't keep up with all this WINNING!' Moore posted in February as he stood with his arm around Dan Bongino, congratulating him when he was named deputy FBI director.

**Read More**

`EXCLUSIVE` **Trump's Mar-a-Lago neighbors reveal pesky reason behind exodus from the wealthy enclave ›**

to preserve his image as a Trump insider.

'I can't keep up with all this WINNING!' Moore posted in February as he stood with his arm around Dan Bongino, congratulating him when he was named deputy FBI director.

'Happy belated birthday to the sharpest and funniest guy on the planet, Barron Trump,' he wrote in another post earlier this year, presenting another thumbs-up photo of himself with President Trump and his son at Mar-a-Lago while adding, 'This was quite the dinner that came together last minute.'

And just last week, Moore posted what seems to be a fresh video of himself standing with Trump confidante Roger Stone, who was celebrating his birthday and can be seen thanking Trump for treating them to dinner that night.


© cameronmoore1 via Instagram  +16 View gallery

**Moore has filled his social media with pictures of himself posing with figures in the Trump universe, including his former national security advisor Michael Flynn**



Daily Mail

 
'Insane, thoughtless and directionless. The Sussexes are spiralling': Insider's damning words to ALISON BOSHOFF on Meghan's latest reinvention as they reveal 'm...


I'm a property stager... these are the overlooked mistakes that might be preventing the sale of your home


Rifle-wielding man arrested after FaceTiming relative to say he planned to 'shoot up' Atlanta airport


'Revealing' wedding dress of daughter of Iranian supreme leader's aide who organised crackdown on hijab protestors sparks backlash in Tehran


How China is stealing American DNA to create Communist super soldiers


Colon cancer is the ONLY cancer rising dramatically in young people, major study suggests


Female sheriff is booted from office for giving her LOVER a job... and demands $10m for racial discrimination


Jailed socialite Rebecca Grossman who mowed down two boys racing MLB lover begs judge to spare her 'traumatized' daughter from reliving deadly crash


Kate Cassidy's friends reveal her 'concerning' behavior after Liam Payne's...







© cameronrmoore1 via Instagram

**FBI Director Kash Patel was another outspoken Trump supporter that was persuaded by Moore to pose with**

But those more recent postings were deceptive, Stone tells Daily Mail, saying the video showing him with Moore was actually shot at his 71st birthday two years ago.

Moore – who sold his Palm Beach condo in July and returned to California – denied abusing women and says he has no idea why Selloni targeted him.

He said he'd never even met her before joining the club. Moore moved to Palm Beach in 2022 to expand his network in the center of the Trump universe.

According to him, Trump himself sponsored his Mar-a-Lago membership, a step that allowed him to skip the typical application process.

He bought a condo in Palm Beach but stayed in the club during its renovation.

He had already achieved financial success through MAXCases, a business he created to design 'protective solutions' for electronics used in schools, earning a spot on Inc. Magazine's top 5,000 fastest growing companies in 2020.

He became a regular at Mar-a-Lago, playing golf, dining and organizing fundraisers on site.

Sources say they also saw him with a rotating cast of dates and guests he'd invite into the club. His social media presented him with a who's who in the MAGA world.

However, the single, middle-aged newcomer from California rubbed some people the wrong way, club insiders told Daily Mail.

'He always seemed to be with a different dirty blonde, every time I'd see him,' said one regular.

'The problems came from him consistently bringing unvetted guests to the club,' another said.

Selloni and her lawyers would not discuss the case when contacted by Daily Mail.

The alleged victim, as well as Lynn Patton, Heather Rinkus and Eric Trump did not respond to requests for comment.

**Share or comment on this article: 'Sex attack' scandal rocks Mar-a-Lago... as member shares damning secret tape**

      

**50** shares


Rebecca Grossman who mowed down two begs judge to spare her 'traumatized' daughter from reliving deadly crash


Kate Cassidy's friends reveal her 'concerning' behavior after Liam Payne's death… her reclusive life… and the one thing her late boyfriend 'would have wante…


Texas declares war on plan to seize one of America's richest counties and turn it into a 'melanated' community

ADVERTISEMENT

Daily Mail


Zoe Kravitz is accused of copying Angelina Jolie with wild back tattoos as she hits event without Harry Styles


Inside Nostradamus' chilling 2025 end of year predictions as prophet hints at 'silent' fall of the West


I've been beaten, scalded and threatened with electrocution… but I don't regret the night I spent with Liam Payne: Waiter who had 'intimate' encounter breaks …


Eric Dane's most heartbreaking role yet: Grey's Anatomy star, 52, to play ALS patient in TV return amid decline


College quarterback was jailed over